AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00685 |
| Luke Faulkner | ) Assigned to: Judge Meriweather, Robin M. |
| | ) Assign Date: 12/7/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Luke Faulkner,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building

Date: 12/07/2021

2021.12.07
15:02:38 -05'00'

Issuing officer's signature

City and state: Washington, D.C.     Robin M. Meriweather, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* 12/07/2021, and the person was arrested on *(date)* 12/08/21
at *(city and state)* Blanchester, Ohio.

Date: 12/08/2021

Arresting officer's signature

Amy Daipiaz, Special Agent, FBI
Printed name and title